UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTA M. KINCAID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Notice of Removal from the Law Division of |
| v. | ) | Cook County, Illinois |
| | ) | |
| MENARD, INC. | ) | COOK COUNTY, ILLINOIS COUNTY |
| | ) | DEPARTMENT, LAW DIVISION |
| Defendant. | ) | Case No. 13-L-9961 |
| | ) | |

## NOTICE OF REMOVAL BY MENARD, INC.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Menard, Inc., a Domestic Corporation ("Menard"), by its attorneys, Timothy J. Young of Lewis Brisbois Bisgaard & Smith LLP, hereby removes the case described below to the United States District Court for the Northern District of Illinois on the following grounds:

### THE REMOVED SUIT

1. On September 5, 2013, Plaintiff, Krista M. Kincaid, filed her Complaint at Law ("Complaint") in the Law Division of the Circuit Court of Cook County, Illinois. The Complaint was assigned Case No. 13-L-9961. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit 1. A true and correct copy of the Clerk of the Circuit Court of Cook County Case Information Summary for Case No. 13-L-9961 is attached hereto as Exhibit 2.

2. The first date upon which Menard received a copy of the Complaint was September 11, 2013, when Menard was served with a copy of the Complaint by personal delivery.

3. This Notice of Removal is filed within thirty (30) days after Menard's first receipt of the Complaint, which is the initial pleading setting forth the claims for relief upon which this action is based.

## DIVERSITY JURISDICTION

4. This matter is properly removable pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, as this Court has jurisdiction over this case based on diversity of citizenship of the parties.

5. Menard is informed and believes that Plaintiff Krista M. Kincaid was at the time of the filing of the Complaint, and still is, a citizen of the State of Illinois. Krista M. Kincaid's address is 822 Titan Blvd., Chatham, IL 62629, located in Sangamon County. Further, Krista M. Kincaid is listed as a resident of the County of Sangamon and the State of Illinois, per her Complaint at Law.

6. Menard was at the time of the filing of the Complaint, and still is, a citizen of the State of Wisconsin. Menard, Inc. is a privately held Wisconsin corporation with no parent corporation having a 10% or more ownership interest. Menard is a corporation organized and existing under the laws of the State of Wisconsin, and Menard's principal place of business is in the city of Eau Claire within the State of Wisconsin.

8. The Complaint seeks recovery in an amount in excess of $50,000.00. (*See* Complaint, Exh. 1.)

9. Plaintiff alleges that she suffered injuries at a Menard's location located in the County of Sangamon, State of Illinois, when she tried opening an exit door on the premises. Plaintiff further alleges that due to Defendant Menard's negligence, the Plaintiff suffered injuries of a personal and pecuniary nature.

10. Plaintiff has not provided exhaustive information about the extent of her injuries, but it is believed that the alleged injuries—back injuries resulting in pain radiating to plaintiff's hip and

leg, extensive medical consultation, treatment, and therapy, and hospital and doctor's visits — unquestionably place the amount in controversy in excess of $75,000.00.

11. It is believed that this matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States, therefore, Menard is entitled to remove said cause from the Circuit Court of Cook County, Illinois, Law Division, to the United States District Court for the Northern District of Illinois based on this Court's diversity jurisdiction.

### SERVICE AND FILING OF THIS NOTICE OF REMOVAL

12. Menard is serving a copy of this Notice of Removal on Krista M. Kincaid's counsel, and Menard is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois, on October 10, 2013, promptly after the filing of this Notice of Removal.

WHEREFORE, Defendant, MENARD, INC. hereby removes the above-described state court proceeding into and under the jurisdiction of this United States District Court for the Northern District of Illinois, and requests such other relief as the Court deems just and proper.

Dated: October 10, 2013

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH**

By: /s/ Timothy J. Young
One of the Attorneys for Defendant

Timothy Young, Esq., ARDC No. 6192231
Martha J. Heiberger, Esq. (ARDC No. 6286373)
Nicole Sorell (ARDC #6307055)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Phone: 312-345-1718