# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Kincaid v. Menard, Inc | 13-cv-07279 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff – Krista Kincaid



FILED
OCT 30 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Justin Lewicky |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

| FIRM | Ankin Law Office LLC |
|---|---|

| STREET ADDRESS | 162 W. Grand Ave. |
|---|---|

| CITY/STATE/ZIP | Chicago, IL 60654 |
|---|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6293224 | TELEPHONE NUMBER 312-346-8780 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

| RETAINED COUNSEL | APPOINTED COUNSEL |
|---|---|